Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
David Shein (SBN 230870)
david@donigerlawfirm.com
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff DESIGN COLLECTION, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| DESIGN COLLECTION, INC., an individual, | Case No.: CV 17-1398-GW(JCx) |
|---|---|
| Plaintiff, | *Hon. George H. Wu Presiding* |
| v. | **ORDER ON STIPULATION TO DISMISS THE ACTION WITHOUT PREJUDICE** |
| BLOOMINGDALES, INC., a Delaware corporation; INTERZAN, LLC dba "Romeo & Juliet"; and DOES 1-10, | |
| Defendants. | |

- 1 -

[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL OF THE ACTION WITHOUT PREJUDICE

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This Action be dismissed <u>without</u> prejudice;
2. The Court will retain jurisdiction to enforce the terms of the settlement agreement; and,
3. Each party is to bear its own costs and fees as incurred against one another in this action.

<u>SO ORDERED</u>.

Date: October 2, 2017          By: *[signature]*
                                    GEORGE H. WU, U.S. District Judge

[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL OF THE ACTION WITHOUT PREJUDICE